| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* CR 06-00173DAE-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* **06-00049** |

| NAME OF PROBATIONER/SUPERVISED RELEASEE: ELLA ASOTINA GURR | DISTRICT District of Hawaii | DIVISION Honolulu |
|---|---|---|
| | NAME OF SENTENCING JUDGE David Alan Ezra | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 9/25/2006 — TO 9/24/2007 |

**FILED**
DISTRICT COURT OF GUAM
NOV - 1 2006
MARY L.M. MORAN
CLERK OF COURT

**OFFENSE**

COUNT 1: FALSE STATEMENT IN AN APPLICATION FOR PASSPORT, in violation of 18 U.S.C. § 1542, a Class C felony

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Guam</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

OCT 1 3 2006
_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Guam

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11-1-06
_____
Effective Date

_____
FRANCES M. TYDINGCO-GATEWOOD, CHIEF JUDGE
United States District Judge

**RECEIVED**
OCT 26 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**ORIGINAL**

Case 1:06-cr-00049   Document   Filed 11/01/2006   Page 1 of 1