# United States District Court

DISTRICT OF GUAM
4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

MARY L.M. MORAN
CLERK OF COURT

TEL: (671) 473-9100
FAX: (671) 473-9152

November 3, 2006

Ms. Sue Beitia
Clerk
United States District Court
C-338 Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850-0001

Re: Our Criminal Case No. 06-00049
    Your Criminal Case No. 06-00173DAE-01
    USA vs. Ella Asotina Gurr

Dear Ms. Beitia:

    This Court is in receipt of the PROB 22, Transfer of Jurisdiction and Order accepting the jurisdiction transfer for the above-entitled matter. Forwarded herewith is a signed original Transfer of Jurisdiction and Order for your file. Also, please forward certified copies of the complaint/information/indictment, plea agreement and judgment for the above-entitled matter. Thank you.

Sincerely,

Rosita P. San Nicolas
Chief Deputy Clerk

Enclosure

cc:   U.S. Attorney's Office, Guam      U.S. Probation, Guam

**ACKNOWLEDGED RECEIPT**
Sign: Emmanuel
Print: Jackie Emmanuel
Date: 11/3/06

**ACKNOWLEDGED RECEIPT**
Sign: [signature]
Print: Rasmussen
Date: 11/6/06